```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

JUAN IGARTUA,

                     Plaintiff,

    - against -

COLUMBIA CARE NY LLC,

                     Defendant.

24-cv-7963 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to discuss settlement and provide an update to the Court by **January 22, 2024**. Failure to notify the Court by that date may result in dismissal without prejudice. The time to answer is stayed.

SO ORDERED.

Dated:    New York, New York
             October 22, 2024

                                                John G. Koeltl
                                        United States District Judge