# AFFIRMATION OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Index Number: 1:24-CV-07963-JGK

Date Filed: 10/21/2024

Plaintiff:
**Juan Igartua, on behalf of himself and all others similarly situated**

vs.

Defendant:
**Columbia Care NY LLC d/b/a Cannabist**

**State of New York, County of Albany)ss.:**

Received by Meridian Investigations & Security to be served on **Columbia Care NY LLC D/B/A Cannabist, C/O Corporation Service Company, 80 State Street, Albany, NY 12207**.

I, Patricia Burke, do hereby affirm that on the **5th day of November, 2024** at **2:30 pm**, I:

served a **REGISTERED AGENT** by delivering a true copy of the **Summons in a Civil Action, Class Action Complaint and Demand for Jury Trial** to: **Minard Carkner** as **Litigation Management Specialist** of **Corporation Service Company, Registered Agent,** at the address of: **C/O Corporation Service Company, 80 State Street, Albany, NY 12207** on behalf of **Columbia Care NY LLC D/B/A Cannabist**

**Description** of Person Served: Age: 38, Sex: M, Race/Skin Color: White, Height: 6'0", Weight: 220, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action.

I affirm on __11/8/24__, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_____
Patricia Burke
Process Server

**Meridian Investigations & Security**
48 Davis Avenue
Port Washington, NY 11050

Our Job Serial Number: SRN-2024006018

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a