## Joseph & Norinsberg LLC

### Fighting for Employee Justice

**Manhattan Office**
110 East 59th Street, Suite 2300
New York, New York 10022

**Queens Office**
69-06 Grand Avenue, 3rd Floor
Maspeth, New York 11378

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1515 Market Street, Suite 1200
Philadelphia, Pennsylvania 19102

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Ave, Suite 832
Winter Park, Florida 32790

Arjeta Albani, Esq.
arjeta@employeejustice.com

January 22, 2025

**VIA ECF**

Hon. John G. Koeltl
United States District Court Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 14A
New York, N.Y. 10007
(212) 805-0222

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.

1/23/25

Re:  **Juan Igartua v. Columbia Care NY LLC, d/b/a Cannabist
     Case No. 1:24-cv-07963 (JGK)
     Status Letter**

Dear Judge Koeltl:

We represent Plaintiff Juan Igartua in the above-referenced matter. We write in response to Your Honor's Order dated October 22, 2024, requiring the Parties to discuss settlement, and for Plaintiff to submit a letter by January 22, 2025, advising the Court of our status; under notice that failure to do so may warrant dismissal. (ECF Doc. 6).

Plaintiff initiated this action by filing a Complaint on October 18, 2024 (ECF No. 1). Defendant was served on November 5th, 2024. As per the Court's October 22, 2024, Defendant's time to answer is stayed. (ECF Doc. 6).

We made several attempts to contact the Defendant directly to obtain their position on this pending matter and successfully heard back on January 21, 2025, via an email from a representative from Defendant, Ben Schulte, VP, Corporate Legal & Risk Management. The parties have discussed settlement but have not come to a settlement agreement as of yet. The parties intend to continue our discussions in the hopes of reaching a settlement agreement.

2

We therefore respectfully request that the Court allow the parties an additional 30 days to discuss settlement and stay all deadlines pending said discussions.

Respectfully submitted,

**JOSEPH & NORINSBERG, LLC**

Arjeta Albani, Esq.
*Attorneys For Plaintiff*
110 East 59th Street, Suite 2300
New York,  New York 10022
(212) 227-5700
Fax No. (212) 656-1889
arjeta@employeejustice.com

c.c.
Columbia Care NY LLC
Ben Schulte VP, Corporate Legal & Risk Management